**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| In re: PATRIOT METALS, INC. | § | Case No. 8:16-bk-06860-MGW |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DOUGLAS N. MENCHISE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $28,000.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $962,725.23

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $702,534.50

3) Total gross receipts of $ 1,665,259.73 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $1,665,259.73 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $538,208.00 | $706,794.62 | $665,660.57 | $665,660.57 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 680,610.38 | 680,610.38 | 680,610.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 21,924.12 | 21,924.12 | 21,924.12 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 272,008.00 | 264,323.47 | 264,323.47 | 264,323.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 379,826.16 | 210,129.83 | 177,552.89 | 32,741.19 |
| **TOTAL DISBURSEMENTS** | $1,190,042.16 | $1,883,782.42 | $1,810,071.43 | $1,665,259.73 |

4) This case was originally filed under Chapter 7 on August 09, 2016. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2020 By: /s/DOUGLAS N. MENCHISE

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable. | 1129-000 | 2,427.62 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 82,600.00 |
| Office equipment, furnishings, and supplies. | 1129-000 | 1,315.00 |
| Inventory. | 1129-000 | 15,120.00 |
| Other personal property of any kind not already | 1129-000 | 528,452.50 |
| BANK ACCOUNTS-U | 1229-000 | 8,084.71 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT-U | 1229-000 | 26,724.00 |
| INTERESTS IN INSURANCE POLICIES (UNSCHEDULED) | 1129-000 | 2,321.39 |
| OTHER LITIGATION/SETTLEMENTS-U | 1249-000 | 466.84 |
| OTHER LITIGATION/SETTLEMENTS-U | 1249-000 | 503,445.37 |
| OTHER LITIGATION/SETTLEMENTS-U | 1249-000 | 483,023.98 |
| OTHER LITIGATION/SETTLEMENTS-U | 1249-000 | 11,278.32 |
| **TOTAL GROSS RECEIPTS** | | $1,665,259.73 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Wells Fargo Equipment Finance | 4210-000 | 6,370.00 | 6,424.03 | 0.00 | 0.00 |
| 8 | Hillsborough County Tax Collector | 4800-000 | N/A | 23,802.90 | 43,042.13 | 43,042.13 |
| 10 | Bank of The West | 4210-000 | 5,104.00 | 5,103.84 | 0.00 | 0.00 |
| 14 -2 | USAMERIBANK | 4210-000 | 260,500.00 | 373,721.10 | 342,850.00 | 342,850.00 |
| 15 -2 | Technology Investment Partners, L.L.C. | 4220-000 | 16,234.00 | 17,973.99 | 0.00 | 0.00 |
| 16 -3 | TLW Capital Trust | 4220-000 | 250,000.00 | 279,768.76 | 279,768.44 | 279,768.44 |
| **TOTAL SECURED CLAIMS** | | | $538,208.00 | $706,794.62 | $665,660.57 | $665,660.57 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DOUGLAS N. MENCHISE | 2100-000 | N/A | 73,207.79 | 73,207.79 | 73,207.79 |
| Trustee Expenses - DOUGLAS N. MENCHISE | 2200-000 | N/A | 1,974.04 | 1,974.04 | 1,974.04 |
| Attorney for Trustee Fees (Trustee Firm) - DOUGLAS N. MENCHISE, ESQUIRE | 3110-000 | N/A | 42,937.50 | 42,937.50 | 42,937.50 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 12,060.84 | 12,060.84 | 12,060.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - TAMPA ELECTRIC COMPANY | 2420-000 | N/A | 4,671.83 | 4,671.83 | 4,671.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.81 | 12.81 | 12.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - BAY AREA AUCTION | 3610-000 | N/A | 52,176.92 | 52,176.92 | 52,176.92 |
| Auctioneer for Trustee Expenses - BAY AREA AUCTION SERVICES, INC. | 3620-000 | N/A | 19,243.38 | 19,243.38 | 19,243.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 791.52 | 791.52 | 791.52 |
| Other - TECO | 2420-000 | N/A | -71.20 | -71.20 | -71.20 |
| Auctioneer for Trustee Fees (including buyers premiums) - BAY AREA AUCTION | 3610-000 | N/A | 160.00 | 160.00 | 160.00 |
| Auctioneer for Trustee Expenses - BAY AREA AUCTION SERVICES, INC. | 3620-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 932.99 | 932.99 | 932.99 |
| Other - ESOTECH | 3992-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 816.90 | 816.90 | 816.90 |
| Other - ESOTECH | 3992-000 | N/A | 825.00 | 825.00 | 825.00 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 669.70 | 669.70 | 669.70 |
| Other - ESOTECH | 3992-000 | N/A | 275.00 | 275.00 | 275.00 |
| Other - NELSON & MCKAY CPAS, LLC | 3410-000 | N/A | 6,936.25 | 6,936.25 | 6,936.25 |
| Other - NELSON & MCKAY CPAS, LLC | 3420-000 | N/A | 78.15 | 78.15 | 78.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 454.05 | 454.05 | 454.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 433.72 | 433.72 | 433.72 |
| Other - ESOTECH | 3992-000 | N/A | 275.00 | 275.00 | 275.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 806.53 | 806.53 | 806.53 |
| Other - ESOTECH | 3992-000 | N/A | 275.00 | 275.00 | 275.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,092.60 | 1,092.60 | 1,092.60 |
| Other - Avalon Document Services/DIGITS, LLC | 3991-000 | N/A | 2,380.75 | 2,380.75 | 2,380.75 |
| Other - Matthew G. Mestayer, Esquire | 3210-600 | N/A | 125,861.34 | 125,861.34 | 125,861.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 981.65 | 981.65 | 981.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 875.40 | 875.40 | 875.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 888.86 | 888.86 | 888.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 779.81 | 779.81 | 779.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 859.28 | 859.28 | 859.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,035.80 | 1,035.80 | 1,035.80 |
| Other - IRS - US TAX PAYMENT 2017 1120 INCOME TAX | 2810-000 | N/A | 4,313.00 | 4,313.00 | 4,313.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 582.81 | 582.81 | 582.81 |
| Other - BUSH ROSS, P.A. | 3210-600 | N/A | 288,119.46 | 288,119.46 | 288,119.46 |
| Other - BUSH ROSS, P.A. | 3220-610 | N/A | 11,880.54 | 11,880.54 | 11,880.54 |
| Other - Nelson & McKay, CPAs, LLC | 3410-000 | N/A | 10,012.50 | 10,012.50 | 10,012.50 |
| Other - Nelson & McKay, CPAs, LLC | 3420-000 | N/A | 70.00 | 70.00 | 70.00 |
| Other - ESOTECH | 2990-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 634.32 | 634.32 | 634.32 |
| Other - United States Treasury | 2810-000 | N/A | 528.36 | 528.36 | 528.36 |
| Other - Nelson & McKay, CPA's, LLC | 3410-000 | N/A | 4,612.50 | 4,612.50 | 4,612.50 |
| Other - Nelson & McKay, CPA's, LLC | 3420-000 | N/A | 37.68 | 37.68 | 37.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $680,610.38 | $680,610.38 | $680,610.38 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. | 6210-160 | N/A | 5,528.50 | 5,528.50 | 5,528.50 |
| McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. | 6210-160 | N/A | 11,868.50 | 11,868.50 | 11,868.50 |
| Suzy Tate, P.A. | 6210-600 | N/A | 3,276.00 | 3,276.00 | 3,276.00 |
| McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. | 6220-170 | N/A | 1,251.12 | 1,251.12 | 1,251.12 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $21,924.12 | $21,924.12 | $21,924.12 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-3 | Internal Revenue Service | 5800-000 | 268,204.00 | 264,323.47 | 264,323.47 | 264,323.47 |
| NOTFILED | Florida Department of Revenue | 5200-000 | 3,804.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $272,008.00 | $264,323.47 | $264,323.47 | $264,323.47 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-3 | Internal Revenue Service | 7300-000 | N/A | 54,769.85 | 54,769.85 | 0.00 |
| 2 | Interstate Billing Service, Inc | 7100-000 | N/A | 948.36 | 948.36 | 371.54 |
| 3 | Fleetcor Technologies | 7100-000 | N/A | 36,776.21 | 36,776.21 | 14,407.95 |
| 5 | Joseph N. Perlman, Esquire Trust | 7100-000 | 4,074.50 | N/A | N/A | 0.00 |
| 6 | Supermedia LLC | 7100-000 | 2,573.27 | 9,185.32 | 0.00 | 0.00 |
| 7 | Meadow Lark Agency | 7100-000 | 2,961.00 | 6,772.00 | 0.00 | 0.00 |
| 9 | Uline Shipping Supplies | 7100-000 | 382.67 | 382.67 | 382.67 | 149.92 |
| 11 | Southern Glass | 7100-000 | 1,090.95 | 4,660.00 | 4,660.00 | 1,825.67 |
| 12 | United of Omaha Life Insurance Co | 7100-000 | 1,578.42 | 1,253.57 | 1,253.57 | 491.12 |
| 13 | Erie Conveyors Mfg. | 7100-000 | 1,448.00 | 1,447.60 | 1,447.60 | 567.13 |
| 17 | Heat Pipe Technology | 7100-000 | 6,303.33 | 6,989.05 | 6,989.05 | 2,738.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | SIO Machining | 7100-000 | 1,592.62 | 3,500.00 | 0.00 | 0.00 |
| 19 | March performance | 7100-000 | 16,200.22 | 25,637.21 | 25,637.21 | 10,043.99 |
| 20 | Cellco Partnership d/b/a Verizon Wireles | 7100-000 | N/A | 2,963.56 | 2,963.56 | 1,161.04 |
| 21 | Lakeland Electric | 7100-000 | N/A | 2,513.45 | 2,513.45 | 984.70 |
| 22 | McIntyre Thanasides, et al | 7100-000 | N/A | 13,119.62 | 0.00 | 0.00 |
| 23 | BRIDGEFIELD EMPLOYERS INSURANCE COMPANY | 7200-000 | N/A | 31,612.36 | 31,612.36 | 0.00 |
| 24 | All Steel Buildings & Components, INc. | 7200-000 | 25,986.00 | 7,599.00 | 7,599.00 | 0.00 |
| NOTFILED | Lite Cart Corp | 7100-000 | 345.24 | N/A | N/A | 0.00 |
| NOTFILED | Madstad | 7100-000 | 1,261.92 | N/A | N/A | 0.00 |
| NOTFILED | Kinney & Johnson | 7100-000 | 357.70 | N/A | N/A | 0.00 |
| NOTFILED | Matheson | 7100-000 | 4,297.58 | N/A | N/A | 0.00 |
| NOTFILED | Newsom Oil Company | 7100-000 | 1,182.23 | N/A | N/A | 0.00 |
| NOTFILED | Pepsi Attn Wally Waddell | 7100-000 | 1,785.00 | N/A | N/A | 0.00 |
| NOTFILED | Mitek USA | 7100-000 | 503.50 | N/A | N/A | 0.00 |
| NOTFILED | Just Steel | 7100-000 | 1,450.96 | N/A | N/A | 0.00 |
| NOTFILED | Metalmaster Mfg. | 7100-000 | 177.28 | N/A | N/A | 0.00 |
| NOTFILED | JL Marine Systems, Inc. | 7100-000 | 1,955.47 | N/A | N/A | 0.00 |
| NOTFILED | Johnson Controls | 7100-000 | 3,248.68 | N/A | N/A | 0.00 |
| NOTFILED | Harder Precision | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Highway Systems Incorporated | 7100-000 | 7,199.95 | N/A | N/A | 0.00 |
| NOTFILED | Hammer Haag Steel | 7100-000 | 5,272.00 | N/A | N/A | 0.00 |
| NOTFILED | Icon Systems | 7100-000 | 9,659.70 | N/A | N/A | 0.00 |
| NOTFILED | Gulf Machining | 7100-000 | 417.00 | N/A | N/A | 0.00 |
| NOTFILED | ICTC USA | 7100-000 | 562.50 | N/A | N/A | 0.00 |
| NOTFILED | JBT Aero Tech | 7100-000 | 3,942.10 | N/A | N/A | 0.00 |
| NOTFILED | JBT Food Tech Co. Attn: Terry Roswell | 7100-000 | 21,264.15 | N/A | N/A | 0.00 |
| NOTFILED | YP | 7100-000 | 2,686.81 | N/A | N/A | 0.00 |
| NOTFILED | Plants of Ruskin | 7100-000 | 252.80 | N/A | N/A | 0.00 |
| NOTFILED | International Baler | 7100-000 | 1,064.57 | N/A | N/A | 0.00 |
| NOTFILED | Pro Way | 7100-000 | 1,869.30 | N/A | N/A | 0.00 |
| NOTFILED | Poeny, Inc. | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Thyssen Krupp | 7100-000 | 710.10 | N/A | N/A | 0.00 |
| NOTFILED | Sunbelt Rentals | 7100-000 | 934.80 | N/A | N/A | 0.00 |
| NOTFILED | Tampa Bay Truck Center, Inc. | 7100-000 | 182.59 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Traffic Controls Products of Florida | 7100-000 | 19,468.70 | N/A | N/A | 0.00 |
| NOTFILED | Valiant Metal Prod | 7100-000 | 6,444.95 | N/A | N/A | 0.00 |
| NOTFILED | T ranAct | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Ultra Pure Bottle Water, Inc. | 7100-000 | 435.50 | N/A | N/A | 0.00 |
| NOTFILED | US Coast Guard | 7100-000 | 716.00 | N/A | N/A | 0.00 |
| NOTFILED | Troy Thompson, Inc. | 7100-000 | 706.30 | N/A | N/A | 0.00 |
| NOTFILED | Southern Cartage | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Truck Leasing Tampa | 7100-000 | 948.36 | N/A | N/A | 0.00 |
| NOTFILED | SMB Machinery | 7100-000 | 4,507.20 | N/A | N/A | 0.00 |
| NOTFILED | Puch Mfg Co | 7100-000 | 951.00 | N/A | N/A | 0.00 |
| NOTFILED | UniFirst Corporation | 7100-000 | 1,629.73 | N/A | N/A | 0.00 |
| NOTFILED | Pro-Tools | 7100-000 | 32.30 | N/A | N/A | 0.00 |
| NOTFILED | Resa Power Solutions | 7100-000 | 624.40 | N/A | N/A | 0.00 |
| NOTFILED | Garney Construction | 7100-000 | 996.00 | N/A | N/A | 0.00 |
| NOTFILED | Win Tec | 7100-000 | 330.45 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 690.82 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 2,367.33 | N/A | N/A | 0.00 |
| NOTFILED | Versitile Packages | 7100-000 | 185.40 | N/A | N/A | 0.00 |
| NOTFILED | Port Consolidated | 7100-000 | 4,287.81 | N/A | N/A | 0.00 |
| NOTFILED | Elite CNC Machining | 7100-000 | 4,376.00 | N/A | N/A | 0.00 |
| NOTFILED | Fuelman Fleet Program | 7100-000 | 35,593.00 | N/A | N/A | 0.00 |
| NOTFILED | All Seasons Pool Screen Enclosures, Inc | 7100-000 | 5,024.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced CNC Mfg., Inc. | 7100-000 | 3,829.00 | N/A | N/A | 0.00 |
| NOTFILED | American Vulkan | 7100-000 | 9,151.00 | N/A | N/A | 0.00 |
| NOTFILED | Alloy Fab | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Alro Metals | 7100-000 | 81,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Foy's Tire Service | 7100-000 | 1,443.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameritas Life Insurance Company | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Metals | 7100-000 | 9,414.00 | N/A | N/A | 0.00 |
| NOTFILED | Elite Wheels Warehouse | 7100-000 | 1,036.00 | N/A | N/A | 0.00 |
| NOTFILED | Duke Energy | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | EQUIPTECH Services LLC | 7100-000 | 7,654.00 | N/A | N/A | 0.00 |
| NOTFILED | Custom Fabrication Inc | 7100-000 | 1,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Esotech Inc | 7100-000 | 275.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ferraro Hayes | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power Development | 7100-000 | 1,562.00 | N/A | N/A | 0.00 |
| NOTFILED | Ferguson Fire Co | 7100-000 | 3,437.00 | N/A | N/A | 0.00 |
| NOTFILED | Cott Beverage | 7100-000 | 1,042.00 | N/A | N/A | 0.00 |
| NOTFILED | FCA Construction & Sons Inc. | 7100-000 | 616.00 | N/A | N/A | 0.00 |
| NOTFILED | Core Mark | 7100-000 | 497.00 | N/A | N/A | 0.00 |
| NOTFILED | Cemex - BKS | 7100-000 | 17,846.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Line Oil | 7100-000 | 1,964.00 | N/A | N/A | 0.00 |
| NOTFILED | Bright House Network | 7100-000 | 1,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Ascend Engineering | 7100-000 | 229.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Attn: Bankruptcy Department | 7100-000 | 162.00 | N/A | N/A | 0.00 |
| NOTFILED | Coca-Cola Refreshment | 7100-000 | 1,286.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Brooksville | 7100-000 | 542.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Plant City | 7100-000 | 867.00 | N/A | N/A | 0.00 |
| NOTFILED | Automotive Development Group | 7100-000 | 1,029.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $379,826.16 | $210,129.83 | $177,552.89 | $32,741.19 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Period Ending:** 11/06/20

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 04/05/17 (c)
**§341(a) Meeting Date:** 05/10/17
**Claims Bar Date:** 08/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand.<br>Orig. Description: Cash on hand; Imported from Amended Doc#: 58; Original asset description: Cash on hand | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>Orig. Description: Operating Acct Account at USAmeriBank; Imported from Amended Doc#: 58; Original asset description: Operating Acct Account at USAmericbank (See Footnote) | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3 | Accounts receivable.<br>Orig. Description: A/R 90 days old or less. Face amount = $9,000.00. Doubtful/Uncollectible accounts = $0.00.; Imported from Amended Doc#: 58; Original asset description: A/R 90 days old or less. Face amount = $9,000.00 | 9,000.00 | 9,000.00 | | 2,427.62 | FA |
| 4 | Alimony, maintenance, support, and property sett (u)<br>Orig. Description: Potential claims against Larry Lawson, Breach of Fiduciary Duties. Amount Requested: unknown; Imported from Amended Doc#: 58; Original asset description: Potential claims against Larry Lawson, Breach of | Unknown | 0.00 | | 0.00 | FA |
| 5 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 4 Tractor Trailers; 1 Ford Pick-up.; Imported from Amended Doc#: 58; Original asset description: 4 Tractor Trailers; 1 Ford Pick-up. | 60,000.00 | 60,000.00 | | 82,600.00 | FA |
| 6 | Office equipment, furnishings, and supplies.<br>Orig. Description: 3 Desks; Chairs; Misc. Office supplies.; Imported from Amended Doc#: 58; Original asset description: 3 Desks; Chairs; Misc. Office supplies. | 300.00 | 300.00 | | 1,315.00 | FA |
| 7 | Office equipment, furnishings, and supplies.<br>Orig. Description: Computers.; Imported from Amended Doc#: 58; Original asset description: Computers. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8 | Inventory. | 140,000.00 | 0.00 | | 15,120.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Period Ending:** 11/06/20

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 04/05/17 (c)
**§341(a) Meeting Date:** 05/10/17
**Claims Bar Date:** 08/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Other inventory or supplies: Metal for sale, Net Book Value: $0.00; Imported from Amended Doc#: 58; Original asset description: Other inventory or supplies: Metal for sale, Net | | | | | |
| 9 | Inventory. (u)<br>Orig. Description: Other inventory or supplies: See Exhibit A, Net Book Value: $0.00; Imported from Amended Doc#: 58; Original asset description: Other inventory or supplies: See Exhibit A, Net | Unknown | 0.00 | | 0.00 | FA |
| 10 | Other personal property of any kind not already<br>Orig. Description: Balers; Cranes; Forklifts; Containers (not all in operation).; Imported from Amended Doc#: 58; Original asset description: Balers; Cranes; Forklifts; Containers (not all i | 130,000.00 | 123,630.00 | | 528,452.50 | FA |
| 11 | BANK ACCOUNTS-U (u)<br>Regions Bank DIP Checking and Tax Account | 15,000.00 | 15,000.00 | | 8,084.71 | FA |
| 12 | BANK ACCOUNTS-U (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT-U (u)<br>Machinery and equipment used in business | 20,000.00 | 20,000.00 | | 26,724.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES (UNSCHEDULED)<br>REFUND FROM INSURANCE POLICY | Unknown | 2,321.39 | | 2,321.39 | FA |
| 15 | OTHER LITIGATION/SETTLEMENTS-U (u)<br>Florida Department of Corrections Court Order Payments Fund | 460.00 | 460.00 | | 466.84 | FA |
| 16 | OTHER LITIGATION/SETTLEMENTS-U (u)<br>Potential BP Claim | 400,000.00 | 400,000.00 | | 503,445.37 | FA |
| 17 | OTHER LITIGATION/SETTLEMENTS-U (u)<br>Possible fradulent action against Michigan Trust. Value $200,000.00 | Unknown | 203,255.54 | | 483,023.98 | FA |
| 18 | OTHER LITIGATION/SETTLEMENTS-U (u)<br>HALLIBURTON ENERGY SERVICES, INC. AND TRANSOCEAN LTD SETTLEMENTS (u) | 0.00 | 0.00 | | 11,278.32 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Period Ending:** 11/06/20

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 04/05/17 (c)
**§341(a) Meeting Date:** 05/10/17
**Claims Bar Date:** 08/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | **Assets** **Totals** (Excluding unknown values) | **$802,760.00** | **$861,966.93** | | **$1,665,259.73** | **$0.00** |

RE PROP# 2 Moved DIP funds to Regions Bank prior to conversion

RE PROP# 12 ENTERED IN ERROR

**Major Activities Affecting Case Closing:**

***FILED TFR 3/24/2020; 4/2/20- sent over revised TFR; 4/2/20-UST APPROVED ; 4/3/2020-20 DAY NOTICE SENT ; 5/11/20-RECEIVED WORKSHEET/APPROVED NOTICE ; 5/11/20-SUBMITTED PROPOSED ORDER ALLOWING DISBURSEMENTS TO COURT ; 5/21/20-ORDER ALLOWING DISBURSEMENTS ENTERED ; 5/22/20-DISBURSED TO CREDITORS ; 9/1/20 voided check # 128, $14,407.95. Called Fleecor an dthey will email new address. 9/14/20- reissued check for Fleetcor. (new addres emialed to Trustee);

02/07/20 - file response to Perlman's m/have Trustee provide proof of payment to the IRS (#423); 11/13/19- on appeal; 11/4/19 - e-mail to Benjamin that a HESI/Transocean check was received & deposited on 10/28/19; 11/1/19 - e-mail from Benjamin @ Gulf Spill/HESI that check mailed out 10/22/19; 10/24/19 - spoke with Holly Mitchell at HESI, she said check was cut on 10/22/19 - if we do not receive check w/in 10-15 days, to contact HESI @ 1/877/940-7792. 10/21/19 - e-mail to questions @ HESI/Transocean asking for update on when payment will be sent out; 10/1/2019 mialed check to Dept of Treasury-IRS check no. 120, $264,323.47; 9/18/19 - file proof of service of Order Granting Trustee's M/Authority to pay priority portion of claim 1-3 filed by IRS; send fax to Robert Swanson of IRS w/copy of Order; 9/17/19 - phone call from Robert Swanson of IRS re: status of payment to IRS; 9/13/19 - upload Order Granting Trustee's m/authority to pay priority portion of claim 1-3 filed by IRS; e-mail to Tim @ HESI asking for date of next round of payments; 8/19/19- file Trustee's Motion for Authority to Pay Priority Portion of Claim No. 1-3 Filed by the Internal Revenue Service; 8/16/19 Proofs of Service of Order Sustaining Trustee's Objection to Claim No. 4-1, 10-1, and 5-2; file motion to pay priority portion of claim 1-3 of IRS; 8/14/19 - upload Orders sustainning objections to claims 4-1, 10-1, and 15-2; 8/9/19 - e-mail from Questins@GulfSpillPunitiveDamgesSettlement.com stating that funds will be paid in next round of payments; 8/6/19 - upload order on motion to reclassify Claim #12-1, file Motion for Authority to Pay Priority Portion of IRS Claim No. 1-3; file proof of service of Order on motion to reclassify Claim #12-1; 8/5/19 - e-mail to Tim at HESI/Transocean following up on payment of Oil Spill proceeds; upload Order Reclassifying Claim No. 12-1, etc.; 8/1/19 p/c from Robert Swanson of the IRS wanting updated status of case (813/302-5583); 7/24/2019 - sebt check to Nelson & McKay, Accountant Fees; 7/18/19 - file proof of service of order on trustee's application for final allowance, etc, of accountant; 7/11/19 - submit Order on Trustee's application for final allowance, etc, of accountant; file objections to claims 4-1, 10-1, 12-1 and 15-2; file application for final allowance and payment of compensation for accountant for estate; 5/22/19 - sent e-mail to HESI/Transocean Punitive Damages Settlements asking if more documents are needed and when payment could be expected; 5/1/19 - e-mail from Adam McKay, CPA, enclosing 2290 tax returns for 7/1/15 thru 6/30/16; 4/29/19 - letter to IRS with Form 2290 filled out; 4/26/19 - e-mail to Michelle LaCount of Epiq-sr. project mgr re: oil spill funds; 4/25/19 - e-mail to McKay, CPA, asking for response to prior e-mail; 4/10/19 - proof of service of Order granting motion for order directing payment of HESI/Transocean punitive damaages & assigned claims settlements to trustee; 4/9/19 - letter to HESI/Transocean Punitive Damages with copy of motion direcitng payment, etc.; letter & e-mail to Joe Perlman, Esq., with copies of IRS 2290 notice and Bankrujtpcy Trustee Claim Final Confirmation Notice; 4/8/19- e-mail to Paxton Fitchett of Deepwater Horizon Claims Center asking if Order Granting Compromise is sufficient for the Bankruptcy Trustee Claim Final Confirmation Notice received frorautm HESI/Transocean Punitive Damages & Assigned Claims Settlements or if an additional Order is required; file motion for Order directing payment of HESI/Transocean Punitive Damages &Assigned Claims Settlements to Trustee & upload Order; 4/4/19 - e-mail to Adam McCay, CPA, with IRS notice of 4/1/19 and Gulf Spill notice; 1/2/19 - letter to IRS in Cincinnati with revised 1120 for short year 1/1/18 ending 9/30/18, letter to IRS in Philadelphia; 11/5/18 - letter to IRS appeals; 10/26/18- sent check to Esotech for $2,750.00 check no. 117;10/26/18- sent out check to Nelson & Mckay, $10, 082.50;10/26/18 - proof of service of order on 2nd interim app to pay accountant; 10/24/18 - letter to IRS in Philadelphia; upload Order approving 2nd Interim application of accountant for trustee;10/23/2018 - Sent out check #115 to Bush Ross, PA for

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.
**Period Ending:** 11/06/20

**Trustee:** (290770) DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 04/05/17 (c)
**§341(a) Meeting Date:** 05/10/17
**Claims Bar Date:** 08/08/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

$300.000.00;10/23/18 - receipt of e-mail from Esotech; e-mail to Esotech; 10/2/18 - letters to IRS & Florida Dept of Revenue enclosing tax returns; 9/21/18 - e-mail to Kasten w/Form 2 and balance on hand; 9/14/18 - file 2nd interim application for accountant's compensation & send e-mail to McKay, CPA; p/c to EFTPS re: income tax; 9/13/18 - p/c with EFTPS setting up account for automatic deduction of income tax; 09/10/2018- e-mail to McKay, CPA; 9/7/2018 - proof of service of Order granting motion to pay 2017 corp. income taxes; 09//04/2018 - prepared 2nd application for compensation for Nelson & McKay, CPAs, LLC; signed & regturned IRS form 8879-C to Nelson & McKay, CPAs; file Motion for authority to pay 2017 income taxes; upload Order granting motion to pay 2017 income taxes; 08/20/18 - mailed executed Satisfaction and Relese of Mortgage to Chris Kasten as requested; 04/09/2018-court hearing on motion to compromise controversy; 3/22/2018-e-mail executed Settlm Agreement to Kasten; 03/16/17 - served Order Scheduling Trial; 03/15/18 - Updated proposed distribution calculations; 3/1//2018-SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 314; 3/1/2018- SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 313 ; 3/1//2018 - SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 315 ; submitted order on application for allowance and payment for allowance and paytment of compensation to special counsel; submittted order approving applicatio of trustee for allowance and payment of compensaliton for informaiton data advisior ; 2/26/2018- Submitted order on motion to pay secured claim no. 8; 02/22/18 - Submitted proposed Order on Avalon fee app; Drafted Orders on BP Spcl. Cnsl. fee app and M/Pay Tax Coll.; 01/31/18 - Filed Motion to Pay Taxes; 1/30/18 - Filed BP Special Counsel Fee Application; 01/17/18 - Drafted Avalon Document Services' Fee Application; Sent email to Atty Mestayer on receipt of BP proceeds; 01/11/18 - Sent email to BP re: status of settlement; 01/04/18 - Sent email to CPA forwarding info needed for tax returns;12/13/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. Nos. 232, 233 and 234); Submitted proposed orders on objections to claims; 12/12/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 228); 12/11/17 - Forwarded tax returns to IRS, FDOR and Hills Cty Property Appraiser; Submitted proposed Order on BP Compromise; 12/05/17 - Redrafted Auction Proceeds Worksheet; 11/15/17 - Filed Notice of Scrivener's Error; 11/14/17 - Filed Motion to Compromise with BP; Forwarded redrafted Motion to Compromise with BP to Special Counsel for review and approval; 11/07/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 213); Forwarded check to accountant for fees; 11/01/17 - Submitted proposed Order on Interim Application for Accountant; Forwarded November 2017 check to Esotech; 10/10/17 - Forwarded check to USAmeriBank per 9/22/17 Order; 10/06/17 - Filed Interim Fee Application for Accountant; 10/03/17 - Drafted Interim Fee Application for Accountant; 10/02/17 - Forwarded pmt to Esotech for Aug/Sept/Oct 2017' 08/15/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 169); 08/09/17 - Filed Supplemental Fee App for Auctioneer and Report of Sale; 07/13/17 - Filed Auctioneer Fee Application; Forwarded keys to Atty Castellano's client per her instructions; 05/25/17 - Submitted order on motion pay electric bills; 05/24/17 - Filed Motion to Pay Electric Bills; Sent letter to Atty Elliott on continued 341 and docs requested; 05/23/17 - Drafted Motion to Pay Utilities; 5/18/17- SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 123; 05/17/17 - Filed Amended Application to Employ CPA; Drafted Application to Employ Special Counsel and Accountant for BP CLaim; 05/15/17 - Filed and served Notice of Hearing on Objection to Notice of Sale; 05/03/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 115); 05/02/17 - Filed Application to Employ Bay Area; Filed Notice of Sale; 4/21/17 - Filed Motion to Sell Free and Clear and Notice of Hearing; 04/06/17 - Filed Application to Employ Attorney; Submitted standard proposed order; 4/5/17 - Opened file; Contacted Debtor rep re: getting keys and records; SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 103);

**Initial Projected Date Of Final Report (TFR):** June 30, 2018 **Current Projected Date Of Final Report (TFR):** March 24, 2020 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Taxpayer ID #:** **-***5351
**Period Ending:** 11/06/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $24,397,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/17/17 | {11} | REGIONS | BANK ACCOUNT, ESTATE O9F PATRIOT METALS, INC. | | 1229-000 | 8,084.71 | | 8,084.71 |
| 04/18/17 | {3} | COCA-COLA FLORIDA | ACCOUNTS RECEVABLE | | 1129-000 | 25.87 | | 8,110.58 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 8,100.58 |
| 05/25/17 | 101 | TAMPA ELECTRIC COMPANY | PAYMENT OF PAST DUE ELECTRIC BILLS AND RECONNECTION FEES PER 5/25/17 COURT ORDER | | 2420-000 | | 4,671.83 | 3,428.75 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.81 | 3,415.94 |
| 06/06/17 | {3} | TRADEMARK METALS RECYCLING LLC | ACCOUNTS RECEIVABLE | | 1129-000 | 2,401.57 | | 5,817.51 |
| 06/30/17 | | BAY AREA AUCTION SERVICES, INC. | PROCEEDS FROM AUCTION OF BUSINESS MACHINERY, EQUIPMENT, INVENTORY, VEHICLES AND SUPPLIES PER NOTICE OF SALE (DOC. NO. 114) AND 5/26/17 ORDER (DOC. NO. 134) | | | 652,211.50 | | 658,029.01 |
| | {5} | | AUTOS/TRUCKS/TRAILERS | 82,600.00 | 1129-000 | | | 658,029.01 |
| | {6} | | OFFICE EQUIPMENT | 1,315.00 | 1129-000 | | | 658,029.01 |
| | {8} | | INVENTORY | 15,120.00 | 1129-000 | | | 658,029.01 |
| | {10} | | BALERS/FORKLIFTS/CRANES/CONTAINERS | 526,452.50 | 1129-000 | | | 658,029.01 |
| | {13} | | MACHINERY USED IN BUSINESS | 26,724.00 | 1229-000 | | | 658,029.01 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 658,019.01 |
| 07/17/17 | {14} | PREMIUM ASSIGNMENT CORPORATION | INSURANCE PREMIUM REFUND (UNSCHEDULED) | | 1129-000 | 2,321.39 | | 660,340.40 |
| 07/17/17 | 102 | BAY AREA AUCTION SERVICES, INC. | PAYMENT OF ADMINISTRATIVE AUCTIONEER FEES AND COSTS PER 7/14/17 COURT ORDER (DOC. NO. 152) | | | | 71,420.30 | 588,920.10 |
| | | | AUCTIONEER FEES | 52,176.92 | 3610-000 | | | 588,920.10 |
| | | | AUCTIONEER COSTS | 19,243.38 | 3620-000 | | | 588,920.10 |
| 07/24/17 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | CRIMINAL RESTITUTION - ERIC GUNTRUM | | 1249-000 | 76.46 | | 588,996.56 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 791.52 | 588,205.04 |
| 08/04/17 | {10} | BAY AREA AUCTION SERVICES INC. | PROCEEDS FORM AUCTION SALE | | 1129-000 | 2,000.00 | | 590,205.04 |
| 08/08/17 | | TECO | FINAL BILL REFUND | | 2420-000 | | -71.20 | 590,276.24 |
| 08/15/17 | 103 | BAY AREA AUCTION SERVICES, | PAYMENT OF ADMINISTRATIVE | | | | 310.00 | 589,966.24 |
| | | | | Subtotals : | | $667,121.50 | $77,155.26 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Taxpayer ID #:** **-***5351
**Period Ending:** 11/06/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $24,397,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | INC. | AUCTIONEER FEES AND COSTS PER 8/14/17 COURT ORDER (DOC. NO. 169) | | | | |
| | | | AUCTIONEER FEES 160.00 | 3610-000 | | | 589,966.24 |
| | | | AUCTIONEER COSTS 150.00 | 3620-000 | | | 589,966.24 |
| 08/18/17 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | CRIMINAL RESTITUTION - ERIC GUNTRUM | 1249-000 | 63.04 | | 590,029.28 |
| 08/31/17 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | CRIMINAL RESTITUTION - IRONE JACKSON | 1249-000 | 24.04 | | 590,053.32 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 932.99 | 589,120.33 |
| 09/01/17 | 104 | ESOTECH | PAYMENT OF ADMINISTRATIVE EXPENSES PER 8/25/17 COURT ORDER (DOC. NO. 176) | 3992-000 | | 2,200.00 | 586,920.33 |
| 09/25/17 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | CRIMINAL RESTITUTION - ERIC GUNTRUM | 1249-000 | 71.82 | | 586,992.15 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 816.90 | 586,175.25 |
| 10/02/17 | 105 | ESOTECH | PAYMENT OF ADMINISTRATIVE EXPENSES PER 9/15/17 COURT ORDER (DOC. NO. 185) FOR AUG 2017, SEPT 2017 AND OCT 2017 | 3992-000 | | 825.00 | 585,350.25 |
| 10/10/17 | 106 | USAMERIBANK | PAYMENT OF SECURED CLAIM 14-2 OF USAMERIBANK PER 9/22/17 COURT ORDER (DOC. NO. 192) | 4210-000 | | 265,142.67 | 320,207.58 |
| 10/23/17 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | CRIMINAL RESTITUTION - ERIC GUNTRUM | 1249-000 | 78.35 | | 320,285.93 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 669.70 | 319,616.23 |
| 11/01/17 | 107 | ESOTECH | PAYMENT OF ADMINISTRATIVE EXPENSES PER 9/15/17 COURT ORDER (DOC. NO. 185) FOR NOV 2017 | 3992-000 | | 275.00 | 319,341.23 |
| 11/07/17 | 108 | NELSON & MCKAY CPAS, LLC | PAYMENT OF ADMINISTRATIVE ACCOUNTANT FEES AND COSTS PER 11/6/17 COURT ORDER (DOC. NO. 213) | | | 7,014.40 | 312,326.83 |
| | | | ACCOUNTANT FEES ($7,086.25 LESS $150.00 ACCOUNT CREDIT) 6,936.25 | 3410-000 | | | 312,326.83 |
| | | | ACCOUNTANT EXPENSES 78.15 | 3420-000 | | | 312,326.83 |
| 11/21/17 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | CRIMINAL RESTITUTION - ERIC GUNTRUM | 1249-000 | 66.97 | | 312,393.80 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 454.05 | 311,939.75 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 433.72 | 311,506.03 |
| | | | | Subtotals : | $304.22 | $278,764.43 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.
**Taxpayer ID #:** **-***5351
**Period Ending:** 11/06/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $24,397,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/18 | {15} | FLORIDA DEPARTMENT OF CORRECTIONS | RESTITUTION - ERIC GUNTRUM | 1249-000 | 57.04 | | 311,563.07 |
| 01/04/18 | 109 | ESOTECH | PAYMENT OF ADMINISTRATIVE EXPENSES PER 9/15/17 COURT ORDER (DOC. NO. 185) FOR JAN 2018 | 3992-000 | | 275.00 | 311,288.07 |
| 01/17/18 | {16} | BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST | PROCEEDS FROM SETTLEMENT BP CLAIM PER 12/12/17 ORDER ON COMPROMISE (DOC. NO. 228) | 1249-000 | 503,445.37 | | 814,733.44 |
| 01/22/18 | {15} | FLORIDA DEPARTMENT OF CORRECITONS | RESTITUTION- ERIC GUNTRUM | 1249-000 | 29.12 | | 814,762.56 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 806.53 | 813,956.03 |
| 02/13/18 | 110 | ESOTECH | PAYMENT OF ADMINISTRATIVE EXPENSES PER 9/15/17 COURT ORDER (DOC. NO. 185) FOR FEB 2018 | 3992-000 | | 275.00 | 813,681.03 |
| 02/27/18 | 111 | Doug Belden, Tax Collector | Payment of Tangible Personal Property Taxes for 2015 and 2016 per 2/27/18 Court Order (Doc. No. 315) | | | 43,042.13 | 770,638.90 |
| | | | 2015 Tangible Personal Property Taxes 28,328.66 | 4800-000 | | | 770,638.90 |
| | | | 2016 Tangible Personal Property Taxes 14,713.47 | 4800-000 | | | 770,638.90 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,092.60 | 769,546.30 |
| 03/01/18 | 112 | Avalon Document Services/DIGITS, LLC | Payment of Administrative Cost (Per Order, Doc. No. 314 | 3991-000 | | 2,380.75 | 767,165.55 |
| 03/01/18 | 113 | Matthew G. Mestayer, Esquire | Payment of Compensation for Special Counsel (BP Cause of Action) (Per Order, Doc. No. (313) | 3210-600 | | 125,861.34 | 641,304.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 981.65 | 640,322.56 |
| 04/13/18 | 114 | USAMERIBANK | PAY COURT ORDER (DOC. NO. 336) COMPROMISE POC 14-2 | 4210-000 | | 77,707.33 | 562,615.23 |
| 04/27/18 | {3} | PENNY ARCADE SETTLEMENT A/C 2 | ACCOUNTS RECEIVABLE | 1129-000 | 0.18 | | 562,615.41 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 875.40 | 561,740.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 888.86 | 560,851.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 779.81 | 560,071.34 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 859.28 | 559,212.06 |
| 08/09/18 | | BUSH ROSS, P.A. | SETTLEMENT OF CAUSE OF ACTION, (PER COURT ORDER, DOC. #338) | | 203,255.54 | | 762,467.60 |

Subtotals : $706,787.25 $255,825.68

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Taxpayer ID #:** **-***5351
**Period Ending:** 11/06/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $24,397,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {17} | | Gross settlement proceeds | 483,023.98 | 1249-000 | | | 762,467.60 |
| | | TLW Capital Trust | Payoff of judgment lien per Court Order | -279,768.44 | 4220-000 | | | 762,467.60 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,035.80 | 761,431.80 |
| 09/17/18 | | IRS - US TAX PAYMENT 2017 1120 INCOME TAX | | | 2810-000 | | 4,313.00 | 757,118.80 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 582.81 | 756,535.99 |
| 10/23/18 | 115 | BUSH ROSS, P.A. | PAYMENT OF SPECIAL COUNSEL FEES AND COSTS PER ORDER, DOC. NO. 360 | | | | 300,000.00 | 456,535.99 |
| | | | Special Counsel Fees | 288,119.46 | 3210-600 | | | 456,535.99 |
| | | | Special Counsel Fees | 11,880.54 | 3220-610 | | | 456,535.99 |
| 10/26/18 | 116 | Nelson & McKay, CPAs, LLC | PAYMENT OF ACCOUNTANT COST AND FEES PER COURT ORDER, DOC. NO. 262 | | | | 10,082.50 | 446,453.49 |
| | | | Accountant Fees | 10,012.50 | 3410-000 | | | 446,453.49 |
| | | | Accountant Costs | 70.00 | 3420-000 | | | 446,453.49 |
| 10/26/18 | 117 | ESOTECH | PAYMENT FOR QUICKBOOKS ACCOUNTING SOFTWARE, PER COURT ORDER DOC. NO. 185 | | 2990-000 | | 2,750.00 | 443,703.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 634.32 | 443,069.17 |
| 03/12/19 | 118 | United States Treasury | Payment for tax period (July 1, 2015) Employment ID No.. 80-0005351, Form No. 2290 | | 2810-000 | | 528.36 | 442,540.81 |
| 07/24/19 | 119 | Nelson & McKay, CPA's, LLC | Payment of Accountant Fees and Expenses( Per Court Order, Doc.. No. 397) | | | | 4,650.18 | 437,890.63 |
| | | | Accountant Fees | 4,612.50 | 3410-000 | | | 437,890.63 |
| | | | Accountant Expenses | 37.68 | 3420-000 | | | 437,890.63 |
| 10/01/19 | 120 | Department of the Treasury | Payment of IRS Priority Portion of Claim No. 1-3 | | 5800-000 | | 264,323.47 | 173,567.16 |
| 10/28/19 | {18} | HESI - TRANSOCEAN ASSIGNED CLAIMS | OTHER LITIGATION/SETTLEMENT(u), (COURT ORDER DOC. NO. 376) | | 1249-000 | 11,278.32 | | 184,845.48 |
| 05/22/20 | 121 | DOUGLAS N. MENCHISE | Dividend paid 100.00% on $73,207.79, Trustee Compensation; Reference: | | 2100-000 | | 73,207.79 | 111,637.69 |
| 05/22/20 | 122 | DOUGLAS N. MENCHISE | Dividend paid 100.00% on $1,974.04, Trustee Expenses; Reference: | | 2200-000 | | 1,974.04 | 109,663.65 |
| 05/22/20 | 123 | DOUGLAS N. MENCHISE, ESQUIRE | Dividend paid 100.00% on $42,937.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 42,937.50 | 66,726.15 |

Subtotals : $11,278.32 $707,019.77

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Taxpayer ID #:** **-***5351
**Period Ending:** 11/06/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $24,397,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/20 | 124 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 100.00% on $12,060.84, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 12,060.84 | 54,665.31 |
| 05/22/20 | 125 | McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. | Dividend paid 100.00% on $5,528.50, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 5,528.50 | 49,136.81 |
| 05/22/20 | 126 | Suzy Tate, P.A. | Dividend paid 100.00% on $3,276.00, Special Counsel Fees (Chapter 11); Reference: | 6210-600 | | 3,276.00 | 45,860.81 |
| 05/22/20 | 127 | Interstate Billing Service, Inc | Final Distribution Interstate Billing Service, Inc on $948.36; Claim# 2; Reference: | 7100-000 | | 371.54 | 45,489.27 |
| 05/22/20 | 128 | Fleetcor Technologies | Final Distribution Fleetcor Technologies on $36,776.21; Claim# 3; Reference:<br>Voided on 09/01/20 | 7100-004 | | 14,407.95 | 31,081.32 |
| 05/22/20 | 129 | Uline Shipping Supplies | Final Distribution Uline Shipping Supplies on $382.67; Claim# 9; Reference: | 7100-000 | | 149.92 | 30,931.40 |
| 05/22/20 | 130 | Southern Glass | Final Distribution Southern Glass on $4,660.00; Claim# 11; Reference: | 7100-000 | | 1,825.67 | 29,105.73 |
| 05/22/20 | 131 | United of Omaha Life Insurance Co | Final Distribution United of Omaha Life Insurance Co on $1,253.57; Claim# 12; Reference: | 7100-000 | | 491.12 | 28,614.61 |
| 05/22/20 | 132 | Erie Conveyors Mfg. | Final Distribution Erie Conveyors Mfg. on $1,447.60; Claim# 13; Reference: | 7100-000 | | 567.13 | 28,047.48 |
| 05/22/20 | 133 | Heat Pipe Technology | Final Distribution Heat Pipe Technology on $6,989.05; Claim# 17; Reference: | 7100-000 | | 2,738.13 | 25,309.35 |
| 05/22/20 | 134 | March performance | Final Distribution March performance on $25,637.21; Claim# 19; Reference: | 7100-000 | | 10,043.99 | 15,265.36 |
| 05/22/20 | 135 | Cellco Partnership d/b/a Verizon Wireles | Final Distribution Cellco Partnership d/b/a Verizon Wireles on $2,963.56; Claim# 20; Reference: | 7100-000 | | 1,161.04 | 14,104.32 |
| 05/22/20 | 136 | Lakeland Electric | Final Distribution Lakeland Electric on $2,513.45; Claim# 21; Reference: | 7100-000 | | 984.70 | 13,119.62 |
| 05/22/20 | 137 | McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A. | Combined Check for Claims#et_al. | | | 13,119.62 | 0.00 |
| | | | Dividend paid 100.00% 11,868.50 on $11,868.50; Claim# ; Filed: $11,868.50 | 6210-160 | | | 0.00 |
| | | | Dividend paid 100.00% 1,251.12 on $1,251.12; Claim# ; Filed: $1,251.12 | 6220-170 | | | 0.00 |
| 09/01/20 | 128 | Fleetcor Technologies | Final Distribution Fleetcor Technologies on $36,776.21; Claim# 3; Reference: | 7100-004 | | -14,407.95 | 14,407.95 |

Subtotals : $0.00 $52,318.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:16-bk-06860-MGW
**Case Name:** PATRIOT METALS, INC.

**Taxpayer ID #:** **-***5351
**Period Ending:** 11/06/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******2966 - Checking Account
**Blanket Bond:** $24,397,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 05/22/20 | | | | |
| 09/14/20 | 138 | Fleetcor Technologies | Re-issue check no. 128. New address for Fleetcor Technologies | 7100-000 | | 14,407.95 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,385,491.29** | **1,385,491.29** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **1,385,491.29** | **1,385,491.29** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,385,491.29** | **$1,385,491.29** | |

| | |
|---|---|
| Net Receipts : | 1,385,491.29 |
| Plus Gross Adjustments : | 279,768.44 |
| Net Estate : | $1,665,259.73 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******2966** | **1,385,491.29** | **1,385,491.29** | **0.00** |
| | **$1,385,491.29** | **$1,385,491.29** | **$0.00** |